UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ANNE MULLEN, ET AL. | Case No. 18-cv-570 (NEB/LIB) |
| Plaintiffs, | |
| v. | ORDER |
| DESIDERIO RAMOS, ET AL, | |
| Defendants. | |

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois [ECF No. 5], and after an independent review of the files, records and proceedings in the above-entitled matter, it is ORDERED:

1. That Plaintiff's Complaint [ECF No. 1] is DISMISSED without prejudice, for failure to comply with the Court's Order of July 13, 2018 [ECF No. 4]; for failure to effect proper service and for lack of prosecution.

2. Let judgment be entered accordingly.

Dated: October 16, 2018

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge